8/93

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. B-02-51549

*FILED 03 JUL 14 PM 4:15 U.S. BANKRUPTCY COURT GREENSBORO, N.C. BY ___*

*RECEIVED 2003 JUL -7 A 10:59 U.S. BANKRUPTCY ADMINISTRATOR GREENSBORO, NC*

IN RE:

Pamela M. Hampton,       ]
                         ]
Debtor                   ]

## SCHEDULE OF DISTRIBUTION

The Trustee for the above-captioned case filed a Final Report and Accounting, which was duly noticed and hearing held; that said Final Report was approved and Order entered. After considering all record applications and files, the Trustee proposes to make distribution as follows:

```
Clerk, U. S. Bankruptcy Court - Court Cost Fees..    $_____
                         Noticing........... $_____
                         Copies.............. $_____
                         Adversary.......... $_____   $_____
Bruce Magers - Trustee's Fee.................$_____   $  1,534.80
Bruce Magers - Trustee's Expenses............$_____   $_____
Bruce Magers - Attorney for Trustee Fee......$_____   $    236.50
Bruce Magers - Attorney for Trustee Expenses.$_____   $_____

               TOTAL OF ABOVE FEES AND EXPENSES:$   1,771.30
```

Wages as itemized on Exhibit ___ attached hereto        $_____
Lien to Director of Internal Revenue                    $_____
Taxes as itemized on Exhibit ___ attached hereto        $_____

<u>First</u> and Final Dividend of 64.10540% on general unsecured claims in the amount of $ 9,478.39 to unsecured creditors will be paid pursuant to provisions of Rule 3009, and itemized on Exhibit A.  $    $  6,076.16

                    TOTAL DISTRIBUTION:        $  7,847.46

Balance on Hand from Final Report:  $   7,847.46
Subsequent Receipts:                $_____
Subsequent Disbursements:           $_____

                    TOTAL ON HAND FOR DISTRIBUTION:    $  7,847.46

The trustee proposes to file with the Court his Supplemental Report within 10 days. If funds are remaining in the account after 90 days from issuance of the checks, the Trustee proposes to prepare the proper order to pay the funds into Unclaimed Monies via the U. S. Treasury.

The trustee proposes to make available to the debtor all of the debtor's records, and any records not accepted within 30 days may be destroyed.

The undersigned does hereby certify, under penalty of perjury, that the foregoing information is true and correct to the best of his information, knowledge and belief.

Date: July 2, 2003

_____
Bruce Magers, Trustee

TRUSTEE: → Bruce Ma●rs     UNS.DIV●END: 64.1054070

Middle District of North Carolina
CLAIMS REGISTER

11/01/02    Last Date to File Claims: 10/28/02    02-51549    Page    1
Last Date to File Claims for Governmental Unit: \*\*/\*\*/\*\*
Pamela M. Hampton

---

| Name and Address of Claimant | Amount of Claims Filed and Allowed | Remarks |
|---|---|---|
| No: 1  Filed: 08/29/02<br>Bank of America, N.A. (USA)<br>PO Box 2278<br>Norfolk, VA 23501-2278 | Filed Amt:<br>4,248.85 | 2,723.74 |
| No: 2  Filed: 09/06/02<br>Hecht's<br>PO Box 66955<br>St.Louis, MO 63166 | Filed Amt:<br>656.53 | 420.87 |
| No: 3  Filed: 09/20/02<br>World Financial Network National<br>PO Box 182124<br>Columbus, OH 43218-2124 | Filed Amt:<br>297.09 | 190.45 |
| No: 4  Filed: 09/27/02<br>The Belk Center<br>P.O. Box 740933<br>Dallas, TX 75374 | Filed Amt:<br>1,321.70 | 847.28 |
| No: 5  Filed: 10/21/02<br>Monogram Credit Card Bank of Geor<br>dba: Lowe's<br>25 SE 2nd Avenue, Ste 1120<br>Miami, FL 33131 | Filed Amt:<br>1,315.59 | 843.36 |
| No: 6  Filed: 10/21/02<br>Monogram Credit Card Bank of Geor<br>dba: Home Depot<br>25 SE 2nd Avenue, Ste 1120<br>Miami, FL 33131 | Filed Amt:<br>613.56 | 393.33 |
| No: 7  Filed: 10/23/02<br>Dillard National Bank<br>PO Box 52051<br>Phoenix, AZ 85072-2051 | Filed Amt:<br>1,025.07 | 657.13 |

TOTAL UNS. DIVIDENDS: $6,076.16

Case 02-51549   Doc 23   Filed 07/14/03   Page 3 of 3