Form fdcre7A

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston−Salem, NC 27101

Bankruptcy Case No.: 02−51549

IN THE MATTER OF:
Pamela M. Hampton     xxx−xx−4229
2310 Silas Creek Parkway
Winston Salem, NC 27103

   Debtor(s)

## FINAL DECREE

**IT APPEARING** that Bruce Magers , Trustee of the above referenced case, has reduced the property and effects of the estate to cash; that the Trustee has made distribution and has rendered a full and complete account thereof; and that said Trustee has performed all duties requested by the Court in the administration of said estate; and for sufficient reasons appearing,

**IT IS ORDERED** that the account of the Trustee be, and hereby is approved and allowed, and that said estate be, and hereby is closed; that the Trustee be and hereby is, discharged from and relieved of the position of trust in said case.

Dated: 7/28/04                                                                                         Catharine R. Carruthers
                                                                                                                  U.S Bankruptcy Judge